# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MARIO BELVISO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:17-cv-139-ALM-KPJ |
| | § | |
| MEEKS TRANSPORTATION, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 26, 2018, the report of the Magistrate Judge (Dkt. #83) was entered containing proposed findings of fact and recommendations that Plaintiff Mario Belviso's ("Plaintiff Motion to Dismiss Meek's Cross Claim Against the Estate of Michael O'Leary (the "Motion) (Dkt. #74) should be granted, and the entirety of Third Party Plaintiff Meeks Transportation, LLC's claims against the Estate of Michael O'Leary should be dismissed with prejudice.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the entirety of Third Party Plaintiff Meeks Transportation, LLC's claims against the Estate of Michael O'Leary are **DISMISSED**.

**IT IS SO ORDERED**.

SIGNED this 27th day of March, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE