# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MARIO BELVISO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:17-cv-139-ALM-KPJ |
| | § | |
| MEEKS TRANSPORTATION, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 23, 2018, the report of the Magistrate Judge (Dkt. #81) was entered containing proposed findings of fact and recommendations that Plaintiff Mario Belviso ("Plaintiff") and Defendant PFG Transco, Inc.'s ("PFG") Agreed Motion to Dismiss with Prejudice (Dkt. #80) should be granted, and the entirety of Plaintiff's claims against Defendant PFG should be dismissed with prejudice.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the entirety of Plaintiff's claims against Defendant PFG Transco, Inc., are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. Plaintiff's claims against the remaining Defendants remain pending at this time.

**IT IS SO ORDERED**.
**SIGNED this 27th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE