# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MARIO BELVISO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:17-cv-139 |
| | § | |
| MEEKS TRANSPORTATION, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.

On May 15, 2018, the report of the Magistrate Judge (Dkt. #92) was entered containing proposed findings of fact and recommendations that Plaintiff Mario Belviso ("Plaintiff") and Defendant Meeks Transportation LLC's ("Meeks") Agreed Motion to Dismiss (the "Motion) (Dkt. 90) be granted and Plaintiff's claim against Defendant Meeks be dismissed with prejudice, with each party to bear its own costs.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Motion (Dkt. 90) is **GRANTED**, and all of the claims asserted against Defendant Meeks, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

Because Defendant Meeks is the last remaining defendant in this action, it is further **ORDERED, ADJUDGED, AND DECREED** that that this entire action is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDRED**.

**SIGNED this the 19th day of June, 2018.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE